## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAHUM SANTOS-BARAHONA,                          :
               Petitioner,          :               No. 26-cv-1776-JMY
                           :

      vs.                                        :

                           :

JAMAL L. JAMISON, in his Official               :
Capacity as Warden of Philadelphia Federal      :
Detention Center, *et al.*                       :
             Respondents.         :

### Order to Show Cause

      **AND NOW**, this 19th day of March 2026, upon consideration of the Petition for Writ of Habeas Corpus (hereinafter "Petition") (ECF No. 1) filed by the Petitioner, a Rule to Show Cause is hereby issued upon the Government to show cause why the Petition for habeas relief should not be granted.  The Government shall show cause in a written response filed on the docket on or before **Monday, March 23, 2026**, unless the Government shows that good cause for additional time is necessary.  *See* 28 U.S.C. § 2243 ("It shall be returned within three days unless for good cause additional time . . . is allowed").

      It is further **ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the above-captioned habeas corpus petition is pending.

      The Clerk of Court is Ordered to immediately serve a copy of the Emergency Petition for Writ of Habeas Corpus on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

      **IT IS SO ORDERED**.

                      **BY THE COURT:**

                      */s/ John Milton Younge*
                      **Judge John Milton Younge**