**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAHUM SANTOS-BARAHONA, | : | |
| Petitioner, | : | No. 26-cv-1776-JMY |
| | : | |
| vs. | : | |
| | : | |
| JAMAL L. JAMISON, in his Official | : | |
| Capacity as Warden of Philadelphia Federal | : | |
| Detention Center, *et al.* | : | |
| Respondents. | : | |

**ORDER**

   **AND NOW**, this 31st day of March 2026, upon consideration of the Motion for

Temporary Restraining Order filed by the Petitioner (ECF No. 3), and the stipulations

(Stipulations, ECF Nos. 6, 8) entered into between the Parties in which they agreed to extend

time for the Government to file a brief in opposition to the Petition for Habeas Corpus, it is

hereby **ORDERED** that said Motion shall be **DENIED** as moot because the relief requested in

Petitioner's Motion has already been provided by the Court when it entered an Order to Show

Cause.  (Order to Show Cause, ECF No. 4.)

   **IT IS SO ORDERED**.

                                        **BY THE COURT:**

                                         */s/ John Milton Younge*
                                        **Judge John Milton Younge**