## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NAHUM SANTOS-BARAHONA,                     :
                 Petitioner,        :           No. 26-cv-1776-JMY
                                          :

         vs.                                      :

                                          :

JAMAL L. JAMISON, in his Official          :
Capacity as Warden of Philadelphia Federal :
Detention Center, *et al.*                 :
                   Respondents.       :

### ORDER

**AND NOW**, this 8th day of April 2026, upon consideration of the *Petition for Writ of Habeas Corpus* (ECF No. 1) filed by the Petitioner and the Government's *Response in Opposition to Petition for Writ of Habeas Corpus* (ECF No. 11), it is hereby **ORDERED** that within seven (7) days from the date that this Order is entered on the docket, the Parties shall file supplemental briefs/memorandums which specifically address the question of:

       1.      Whether Petitioner meets the definition of a person who is "seeking admission" to the United States and subject to mandatory detention under 8 U.S.C. § 1225(b), or

       2.      Whether Petitioner would more appropriately be defined as a noncitizen who is not seeking admission because he is already present in and residing in the United States and, therefore, entitled to a bonding hearing under 8 U.S.C. § 1226(a) because he is no longer at the threshold of initial entry.  See *Lario v. Lowe*, 2026 U.S. Dist. LEXIS 41593 * (M.D. Pa. March 2, 2026).

       In their supplemental briefs/memorandum, the Parties are **DIRECTED** to explain the facts, evidence and legal authority in support of their respective positions on the question of Petitioner's status as an alien non-citizen who is residing in the United States and/or is "seeking admission" to the United States.

       **IT IS SO ORDERED**.

                                           **BY THE COURT:**

                                         */s/ John Milton Younge*
                                         **Judge John Milton Younge**