**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NAHUM SANTOS-BARAHONA,                  :
            Petitioner,                  :       No. 26-cv-1776-JMY
                               :
        vs.                  :
                               :
JAMAL L. JAMISON, in his Official                  :
Capacity as Warden of Philadelphia Federal                  :
Detention Center, *et al.*,                  :
            Respondents.                  :

**ORDER**

    **AND NOW**, this 17th day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus (Petition, ECF No. 1), the Government's Response in Opposition to the Petition for Writ of Habeas Corpus (ECF No. 11), and the Supplemental Briefs submitted by the Parties (ECF Nos. 13-14), it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

    1.      Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

    2.      The Government shall **RELEASE** Petitioner from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 5:00 p.m. ET on April 22, 2026;

    3.      If the Government chooses to pursue re-detention of Petitioner pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1226.1(c)(8), (d)(1), etc.; and

    4.      The Clerk of Court shall mark this case closed.

                                **BY THE COURT:**

                                */s/ John Milton Younge*
                                **Judge John Milton Younge**